

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Ex parte Gregory Newson

No. 06-23-00154-CR

Appeal from the 123rd District Court of Panola County, Texas (Tr. Ct. No. 2022-C-132). Memorandum Opinion delivered by Justice Rambin, Chief Justice Stevens and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We note that the appellant, Gregory Newson, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED AUGUST 28, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk